UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff<br><br>vs.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-0143ML |

## ANSWER OF NFA CORPORATION D/B/A HOPE GLOBAL

1. Paragraphs I 1, 2, II 3, 4, 5, III 1, 2, 4, 8, 10, 11, 15, 16, 17, 18, 19, 20, 21, 22, 24, IV 4 state a legal conclusion to which no response is required. To the extent a response is required, denied.

2. Defendant admits that it was the plaintiff's employer and denies the remaining allegations in paragraph II 2.

3. Defendant denies the allegations in paragraphs III 3, IV 1, 2, 3, 5, 6, 10, 11, 12, 14, 22, 23, 24, 25 26, 29, V 1, 2, 3, 4, 5, 6.

4. Defendant has insufficient information to admit or deny the allegations contained in paragraphs II 1, III 5, 6, 7, 12, 13, 14, IV 7, 8, 9, 15, 16, 17, 18, 19, 20, 21, 22, 27 and 28.

### First Affirmative Defense

The plaintiff's claims are barred by the doctrines of collateral estoppel and claims preclusion.

Second Affirmative Defense

The plaintiff has failed to state a claim upon which relief may be granted.

Third Affirmative Defense

Plaintiff has failed to join an indispensable party.

Fourth Affirmative Defense

ERISA preempts any common law claims.

Fifth Affirmative Defense

Plaintiffs claims are time barred.

WHEREFORE, defendant requests that the complaint be dismissed and be awarded fees, interest, costs and attorneys' fees.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

[signature]

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828 on 1st day of June, 2006.

Suzy Melo

FILED