UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-0143ML |
| NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendant | : | |

OBJECTION TO MOTION TO COMPEL

Defendant objects to the motion to compel for the reasons set forth in the supporting memorandum.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828 on 15th day of August, 2006.

/s/ William E. O'Gara