UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff<br><br>vs.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-0143ML |

MEMORANDUM OF LAW IN SUPPORT OF
OBJECTION TO MOTION TO COMPEL

The plaintiff has in her possession the plan document for the long term disability plan. The defendant has also undertaken a search of its records and produced other documents in its possession related to the plaintiff's claims. At this point, the defendant does not have the additional document she has requested. The motion should be denied.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828 on 15th day of August, 2006.

/s/ William E. O'Gara