***Material and substantial duties*** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Prudential will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

***Maximum period of payment*** means the longest period of time Prudential will make payments to you for any one disability.

***Mental illness*** means a psychiatric or psychological condition regardless of cause. Mental illness includes but is not limited to schizophrenia, depression, manic depressive, or bipolar illness, anxiety, somatization, substance related disorders, and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment as standardly accepted in the practice of medicine.

***Monthly benefit*** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

***Monthly earnings*** means your gross monthly income from your Employer as defined in the plan.

***Monthly payment*** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

***Part-time basis*** means the ability to work and earn 20% or more of your indexed monthly earnings.

***Payable claim*** means a claim for which Prudential is liable under the terms of the Group Contract.

***Pension plan*** means a plan which provides retirement benefits and which is not wholly funded by employee contributions. The term shall not include a profit sharing plan, a thrift plan, an individual retirement account (IRA), a tax sheltered annuity plan (TSA), a stock ownership plan or a non-qualified plan of deferred compensation.

***Plan*** means a line of coverage under the Group Contract.

***Pre-existing condition*** means:

- a condition for which you received medical treatment, consultation, care or services including diagnostic measures, took prescribed drugs or medicines or followed treatment recommendation for your condition during the given period of time as stated in the plan; or
- you had symptoms for which an ordinarily prudent person would have consulted a health care provider during the given period of time as stated in the plan.

***Recurrent disability*** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Prudential made a Long Term Disability payment.



ATTACHMENT # 1