**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. 06-0143ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**PLAINTIFFS MOTION REQUESTING RELIEF FROM PROVIDING TRANSCRIPTS IN THE MATTER OF RECONSIDERATION OF MAGISTRATE JUDGE LINCOLN ALMONDS ORDER DENYING PLAINTIFFS MOTION TO COMPEL AND MOTION FOR RECONSIDERATION OF MOTION TO COMPEL DISCOVERY OF DOCUMENTS**

Plaintiff respectfully requests District Judge Mary Lisi grant relief to plaintiff in this matter by reconsidering the denial of plaintiffs Motion to Compel Discovery of Documents and Motion to Reconsider the denial of Motion to Compel based on the written documents on electronic file in this litigation and on plaintiffs recollection to the statements made at the hearing of September 11, 2006. A memorandum of explanation is attached

Respectfully submitted

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 23rd day of October, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **C.A. 06-0143ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**PLAINTIFFS MEMORANDUM REQUESTING RELIEF FROM PROVIDING TRANSCRIPTS IN THE MATTER OF RECONSIDERATION OF MAGISTRATE JUDGE LINCOLN ALMONDS ORDER DENYING PLAINTIFFS MOTION TO COMPEL AND MOTION FOR RECONSIDERATION OF MOTION TO COMPEL DISCOVERY OF DOCUMENTS**

Plaintiffs respectfully requests District Judge Mary Lisi reconsider the denial of plaintiffs filing of Motion to Compel Discovery of Documents based on the written documents on electronic file in this litigation and on plaintiffs best recollection to one statement made at the hearing of September 11, 2006 (Memorandum, page 4, at 6) which plaintiff believes is a proper representation of defendants statement. Plaintiff attaches a sworn affidavit to the continuing limitations on plaintiff due to finances, legal counsel, chronic disability, and lack of progress in continuing attempts to obtain the Group Contract from defendants.

Respectfully submitted

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

Attachment: Sworn Affidavit of Plaintiff, Lorraine Femino

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 23 ~~day~~ of October, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**Sworn Affidavit of Lorraine Femino**

Lorraine Femino, being duly sworn, declares and states as follows:

1. I remain impoverished at or below the level of when I submitted to this Court a Motion to Proceed in forma pauperis on March 28, 2006 where my severe financial limitations continue due primarily to my inability to work due to disability.

2. My financial limitations are severe and deny sufficient financial resources to address Court requirements for filing a Motion to Reconsider as is now before the Court.

3. I have continued to search for adequate legal counsel with no success due to my inability to pay required upfront costs.

4. I have made continuing attempts to resolve this matter outside of the Court by sending letters to defendants on their intent to obtain the requested plan documents but have received no response.

Lorraine Femino

Lorraine Femino
4 Bayou Drive
Greenville, R.I02828
(401) 949-4933

Subscribed and sworn to before me this 23 day of October, 2006

Notary Public
My Commission Expires

DINA M. CLARK
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 21, 2010