UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

v. CA 06-143 ML

NFA CORPORATION
d/b/a HOPE GLOBAL, et al.

# ORDER

This matter is before the Court on two motions filed by Plaintiff: (1) Plaintiff's Motion Requesting Relief (Docket #16); and, (2) Plaintiff's Motion Requesting Reconsideration (Docket #15). For the reasons set forth below, Plaintiff's Motion Requesting Relief is GRANTED and her Motion Requesting Reconsideration, treated as an appeal from the Magistrate Judge's denial of her Motion for Reconsideration, is DENIED.

Plaintiff is proceeding *pro se* and she has been permitted to proceed *in forma pauperis*. To accommodate Plaintiff, the undersigned has listened to the tape recording of the hearing before Magistrate Judge Almond on September 11, 2006, thereby relieving Plaintiff of the obligation to provide a transcript of that hearing.

Treating Plaintiff's Motion for Reconsideration as an appeal from a denial of a non-dispositive motion, and having reviewed the record of proceedings before the Magistrate Judge, this Court denies Plaintiff's appeal. There is absolutely no basis to find that the Magistrate Judge's order is clearly erroneous or contrary to law. Magistrate Judge Almond took great pains to explain to Plaintiff in detail why she was not entitled

to compel discovery from Defendant and further explained how she could proceed to acquire the requested document from a third party. It is clear to this Court that Plaintiff, in filing the instant motion and appeal, has ignored the Magistrate Judge's sage advice. Plaintiff's Motion for Reconsideration, treated properly as an appeal pursuant to 28 U.S.C. § 636(b)(1)(A), is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 25, 2006