**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. 06-143ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**PLAINTIFFS SWORN AFFIDAVIT IN SUPPORT OF MOTION TO AMEND**

I, Lorraine Femino, being duly sworn according to law, do hereby depose and say:

1. I am Plaintiff in this case, residing at 4 Bayou Drive, Greenville, Rhode Island, and I am presently pro se in the matter of the Motion to Amend now before this Court.

2. I am a legally disabled person and rely on obtaining information about the NFA Corporation Disability Welfare Benefit Plan (hereinafter Plan) from the Named Plan Administrator, NFA Corporation.

3. I remain impoverished at the same level as when this Court did approve my request to litigate this matter *in forma pauperis* and rely on obtaining plan information in a manner that is affordable to me.

4. I believe information provided to me by NFA Corporation that there are no Named Fiduciaries in the Plan.

5. I have been misled about the nature of plan documents in the Plan due to the Plan Documents being identified with names not defined in ERISA being Certificate of Coverage and Group Contract and where the Summary Plan Description is not consistent with what I believe ERISA requires of a Summary Plan Description to state "circumstances which may result in disqualification, ineligibility, or denial or loss of benefits".

6. I have been misled about Plan terms due to plan documents being written in more than two plan instruments being the Summary Plan Description, the Certificate of Coverage, and the Group Contract.

7. I have been misled about plan terms in the plan document Summary Plan Description where the Summary Plan Description does not contain circumstances which may result in disqualification, ineligibility, or denial or loss of benefits in the plan.

8. I was harmed by the plan administrator not having plan documents readily assessable at the office of the plan administrator where plaintiff would have gone to the office of the plan administrator to examine all plan documents had they been readily assessable.

9. I believe information provided to me by Prudential claims representatives during the appeal of my denial of benefits that my denial of benefits was based on plan terms not contained in the plan document identified as the Certificate of Coverage.

10. I believe information provided by Prudential Claims representatives that Prudential is under contract with NFA Corporation to process claims based on terms not contained in the Summary Plan Description or the Plan Document.

11. I did submit two letters to Prudential Insurance Company during the appeal process of my denial of benefits claim requesting plan information pertaining to terms in the plan used to deny my benefits, but received no response from Prudential.

12. I believe I have not been provided with all terms defining a payable claim in the Plan.

13. I was denied a full and fair appeal of my notice of denial of benefits having been denied access to a Named Plan Fiduciary where I relied on a Named Plan Fiduciary to provide all plan terms used to deny my claim for benefits.

14. I did provide NFA Corporation information that my claim for benefits was denied based on plan terms not contained in the Plan Document.

15. I have received no information of any kind, at any time, from the Plan Administrator, NFA Corporation, or Prudential indicating the plan administrator did inform Prudential to process plaintiffs claim based only on terms in the Summary Plan Description and Plan Document and ignore any policies apart from the aforementioned documents.

16. I have made continuing attempts to resolve this matter outside of the Court but have been unsuccessful in all attempts.

Lorraine Femino
Lorraine Femino
4 Bayou Drive
Greenville, R.I02828
(401) 949-4933

Subscribed and sworn to before me this 14th day of November, 2006

Sharon B. Rebello
Notary Public
My Commission Expires

SHARON REBELLO
Notary Public - Rhode Island
My Commission Expires 6-20-09

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 14th day of November, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933