UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

v. CA 06-143 ML

NFA CORPORATION

ORDER

Plaintiff has filed a Motion to Amend her complaint, however, she has failed to comply with the requirements of Local Rule Cv 15. The Motion to Amend (docket # 18) is, therefore, denied without prejudice to refiling in compliance with Local Rule CV 15.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 15, 2006