**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

## PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from December 31, 2006 until March 1, 2007 for Discovery closure and from January 15, 2007 to March 15, 2007 for filing all Dispositive motions, or, alternatively, an enlargement of time that this Court deems appropriate to address the immediate issues as contained in the attached memorandum of explanation.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15 th day of December, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**MEMORANDUM SUPPORTING PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from December 31, 2006 until March 1, 2007 for Discovery closure and from January 15, 2007 to March 15, 2007 for filing all Dispositive motions, or, alternatively, an enlargement of time that this Court deems appropriate to address the immediate issues as contained herein.

Plaintiff brings to the Courts attention a new lawsuit recently filed by plaintiff, Lorraine Femino v NFA Corporation, CA 06-513ML (hereafter "ERISA Complaint") which may materially impact the outcome of this litigation. Plaintiff intends to request combining this lawsuit with the instant case due to the common matters of law. Specifically, in the instant case, NFA has made an affirmative claim that plaintiff is in possession of the "plan document" (Document 10, Defendants reply to Motion to Compel, p 1, ¶ 1). In the ERISA Complaint, plaintiff raises an issue where Prudential

Insurance Company of America, the Plan Provider, has previously stated another plan document exists in the Plan apart from NFA's alleged Plan document (ERISA Complaint, p 5, at 18). Plaintiff relies on NFA being a plan fiduciary in the Plan to resolve this inconsistency on information provided to plaintiff (ERISA Complaint, p 6, at 27,28). Plaintiff alleges that NFA has refused to provide to plaintiff sufficient information to resolve this matter (ERISA Complaint, p 7, at 29-32). Plaintiff claims reliance on legally protected rights to accurate Plan information from NFA in this matter (ERISA Complaint, p 10, at 42, and p 6 at 28).

If there is not another plan document, plaintiff does acknowledge that a claim against the Plan is proper in this matter before litigating a claim against NFA for a breach of fiduciary duty as is alleged in the instant case. If NFA's claim on the "true and correct plan document" is not factual, then plaintiff alleges that NFA has materially misrepresented this matter to plaintiff in this litigation and thus plaintiff be allowed to establish this fact before ending Discovery.

Plaintiff respectfully requests that Discovery be enlarged accordingly to allow this Court sufficient time to decide if the ERISA Complaint should be combined with the instant case to avoid possible undue future litigation.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15th day of December, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino
Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933