No Response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
DEC 15 2006
FILED

**LORRAINE FEMINO** :

**VS.** : **Civil Action No. 06-143ML**

**NFA CORPORATION d/b/a HOPE GLOBAL** :

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from December 31, 2006 until March 1, 2007 for Discovery closure and from January 15, 2007 to March 15, 2007 for filing all Dispositive motions, or, alternatively, an enlargement of time that this Court deems appropriate to address the immediate issues as contained in the attached memorandum of explanation.

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 1/4/07

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15 th day of December, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933