UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-0143ML |
| NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendant | : | |

OBJECTION TO MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION

The defendant objects to this motion for the reasons set forth in the supporting memorandum.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was filed electronically via ECF on this 21st day of February, 2007.

/s/ William E. O'Gara

Notice was sent to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828.

Doc #4504

UNITED STATES DISTICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 06-143ML |
| | : | |
| NFA CORPORATION d/b/a<br>HOPE GLOBAL, et al. | :<br>: | |

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO MOTION FOR ENLARGEMENT OF TIME FOR DISCOVER AND TO FILE DISPOSITIVE MOTION

This is the third action brought by this plaintiff arising out of the long term disability plan offered (for a nominal cost) by her employer. Having incurred thousands of dollars in costs to date dealing with the multiple cases, the defendant respectfully requests that the Court deny the request so that this litigation can conclude.

NFA Corporation,

By their Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5117
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed via ECF and mailed by first class mail, postage prepaid on this 21st day of February, 2007 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

/s/ William E. O'Gara

Doc #4505