UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-0143ML |
| NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendant | : | |

OBJECTION TO MOTION TO COMPEL
DISCOVERY IN A REQUEST FOR ADMISSION

The defendant objects to this motion to compel for the reasons set forth in the supporting memorandum.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was filed electronically via ECF on this 26th day of February, 2007.

/s/ William E. O'Gara

Notice was sent to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828.

Doc #4508

UNITED STATES DISTICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 06-143ML |
| | : | |
| NFA CORPORATION d/b/a | : | |
| HOPE GLOBAL, et al. | : | |

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO MOTION TO COMPEL DISCOVERY IN A REQUEST FOR ADMISSION

The defendant objects to the motion because it is unintelligible and not proper under the federal rules of procedure. Without waiving this objection, the defendant provided to the plaintiff many years ago a complete copy of the Prudential long term disability policy. Exhibit 1. Indeed, plaintiff attached the policy as Exhibit 11 to her statement of undisputed material facts in Femino I. The plaintiff's entitlement to benefits is governed by the plan document -- there are no other documents in the defendant's possession that alter her rights under the policy.

The defendant requests that the motion be denied and the Court deny the motion without oral argument so as to avoid additional and unnecessary costs.

NFA Corporation,

By their Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5117
(401) 824-5123 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed via ECF and mailed by first class mail, postage prepaid on this 26th day of February, 2007 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

/s/ William E. O'Gara

Doc #4509