**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **C.A. 06-0143ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**PLAINTIFFS SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL DISCOVERY IN A REQUEST FOR ADMISSION**

Plaintiff respectfully submits to the Court a Supplemental Memorandum of Law in matters of plaintiffs Motion to Compel Request for Admission, (Document 27). Plaintiff provides this information to the Court in advance of an anticipated Oral Hearing on the above matter where plaintiff intends to present arguments contained herein.

NFA has previously established as fact having a Human Resources Department staffed with Specialists "responsible to coordinate the various benefits offered to employees with duties to provide employees with information regarding the various benefit plans". See *Femino v NFA Corp.*, WL 1997626 at 4 (D.R.I) ("Femino I"), Document 89, Affidavit of Linda Haddock, re 88 Statement of Undisputed Facts by NFA; see also Femino I, Document 90, ¶ 5, Affidavit of Dorothy Mattiello, re 88 Statement of Undisputed Facts by NFA, ("During my career with NFA, I have maintained an "open-door" so that employees seeking information regarding benefits have always been able to obtain the information from the Human Resources Department".)

Providing "information regarding the various benefit plans" to current employees, but not to plaintiff, a prior employee, is in violation of Title VII, § 2000e-3(a), § 704(a).

> "It shall be an unlawful employment practice for an employer to discriminate against any of his employees…because he has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter."

The Supreme Court made clear that the term "employees," as used in the anti-retaliation provision of Title VII, includes former employees. See *Robinson v. Shell Oil Co.*, 519 U.S. 337 (1997) ("Because the term "employees," as used in § 704(a) of Title VII, includes former employees, petitioner may sue respondent for its allegedly retaliatory postemployment actions"). See also *Passer v. American Chem. Soc'y*, 935 F.2d 322, 330-31 (D.C. Cir. 1991) (term "employees" in Age Discrimination in Employment Act (ADEA) includes former employees).

"The ADA directs…the same enforcement powers, remedies, and procedures that are set forth in Title VII of the Civil Rights Act of 1964 when enforcing the ADA's prohibitions against employment discrimination on the basis of disability". *EEOC v. Waffle House, Inc.*, 534 U.S. 279 (2002). See also *Serapion v. Martinez*, 119 F.3d 982, 985 (1st Cir. 1997) ("We regard Title VII, ADEA, ERISA, and FLSA as standing in pari passu and endorse the practice of treating judicial precedents interpreting one such statute as instructive in decisions involving another.").

NFA must use "care, skill, prudence, and diligence" in the duties of Plan administration for current employees. See *Beddal verses State Street Bank and Trust Company*, 137 F. 3d 12, 18 (First Circuit 1998) (quoting 29 U.S.C. § 1104(a)(1)(B)). Plaintiff alleges that where NFA continues to deny plaintiff "care, skill, prudence, and diligence" in providing an answer to a single question, such action by NFA be considered as a violation of Title VII, § 2000e-3(a), § 704(a) being retaliation by NFA against plaintiff for filing the instant case being based on violations of the ADA.

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive,
Greenville, R.I. 02828
(401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 9th day of March, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933