**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from April 15, 2007 to May 15, 2007 for the specific purpose of allowing added time for the Court to resolve Document 41, Motion for Reconsideration pertaining to Document 39, Order denying plaintiffs Motion to Compel. New matters also support this motion being plaintiffs new allegations that on information and belief, plaintiff alleges NFA has materially misrepresented the identity of a critical document in the Plan. An attached Memorandum of Law explains the related matters of law.

Respectfully submitted

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26th day of March, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED MAR 2 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**MEMORANDUM OF LAW SUPPORTING PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from April 15, 2007 to May 15, 2007 for the specific purpose of allowing added time for the Court to resolve Document 41, Motion for Reconsideration pertaining to Document 39, Order denying plaintiffs Motion to Compel.

Plaintiff has previously made NFA aware that if the Plan document Exhibit H can be reasonably proven to be the exclusive written instrument for the Plan, plaintiff would voluntarily terminate all claims against NFA [1]. Reasonable proof must be sufficient to allow plaintiff to enter Exhibit H [2] as being the exclusive written instrument for the Plan in a claim

---

[1] See Femino v. NFA Corp., CA 06-513, Plaintiffs Motion for Summary Judgment, Sworn Affidavit of Lorraine Femino, ¶ 33, filed concurrently with this Motion) ( "I will voluntarily terminate all claims against NFA in litigation Femino II, CA 06-143, if NFA will provide reasonable proof that Exhibit H is the exclusive written instrument recognized by the Plan").
[2] Exhibit H is from Document 88, Femino v. NFA Corp., CA 05-019 ML, Statement of Undisputed Facts by NFA Corporation, re 87 Motion for Summary Judgment. Attachment # 2

for benefits against the Plan. See *Sheinkopf v. Stone*, 927 F.2d 1259, 1271 (1st Cir. 1991) ("It is apodictic that an affidavit . . . made upon information and belief . . . does not comply with Rule 56(e).")

NFA has rebuffed all of plaintiffs efforts to bring this matter to a close by establishing reasonable proof on Exhibit H. On information and belief, plaintiff now alleges that NFA will not provide reasonable proof because Exhibit H is not the only written instrument for the Plan defining a payable claim. This allegation, if shown to be true, would show material misrepresentation of the identity of Exhibit H by NFA and would impact all current and prior litigation in Femino v. NFA Corp.. The Court has relied on a premise that Exhibit H was the "true and correct Plan document" and thus the exclusive written instrument for the Plan. (See Femino v NFA Corporation, CA 05-019, Document 88, NFA statement of undisputed facts, pages 1,2 at 4). This matter can also impact the instant case where NFA did represent Exhibit H as being the "plan document" See Document 9, defendants response to plaintiffs motion to compel discovery (plaintiff has in her possession the "plan document").

Plaintiff respectfully requests that an enlargement of time from April 15, 2007 to May 15, 2007 be Granted to allow the Court time to resolve plaintiffs Motion for Reconsideration and to allow plaintiff time to file Dispositive motions.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26th day of March, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933