**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from April 15, 2007 to May 15, 2007 for the specific purpose of allowing added time for the Court to resolve Document 41, Motion for Reconsideration pertaining to Document 39, Order denying plaintiffs Motion to Compel. New matters also support this motion being plaintiffs new allegations that on information and belief, plaintiff alleges NFA has materially misrepresented the identity of a critical document in the Plan. An attached Memorandum of Law explains the related matters of law.

Respectfully submitted

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 4/6/07

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933