**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**PLAINTIFFS MOTION REQUESTING RECONSIDERATION OF DENIAL OF ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for reconsideration of denial of plaintiffs motion for enlargement of time entered on April 6, 2007 by District Judge Mary Lisi in Document 45. Plaintiff makes this request based on new facts being plaintiffs filing of Appeal to Magistrate Judge Lincoln Almonds Text Order of April 3, 2007 in the instant case, denying reconsideration of Document 41. Plaintiff also requests the Court consider facts pertaining to Magistrate Almonds pending Report and Recommendation from Femino v. NFA Corp., CA 06-513ML. An attached Memorandum of Law explains the matters of law which support this request for reconsideration of the April 6, 2007 denial of enlargement of time.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 16th day of April, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**MEMORANDUM OF LAW SUPPORTING RECONSIDERATION OF DENIAL OF PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for reconsideration of denial of plaintiffs motion for enlargement of time entered on April 6, 2007 by District Judge Mary Lisi in Document 45. Plaintiff makes this request based on new facts being plaintiffs filing of Appeal to Magistrate Judge Lincoln Almonds Text Order of April 3, 2007 in the instant case, denying reconsideration of Document 41. Plaintiff also requests the Court consider facts pertaining to Magistrate Almonds pending Report and Recommendation from Femino v. NFA Corp., CA 06-513ML, plaintiffs Motion for Summary Judgment, (hereinafter "Femino III").

Plaintiff is anticipating a Report and Recommendation be issued shortly on matters of Femino III. If the outcome of Femino III is to Grant plaintiffs motion for summary judgment in that case, there exists sufficient evidence that NFA Corp. has not provided to plaintiff accurate information on the identity of all documents in the "NFA Corporation Employee Long Term Disability Coverage for all Employees" plan (hereafter "Plan") in violation of

Both matters could result in plaintiff seeking relief from any prior judgments under Fed. R. of Civ. Proc. 60(b) and thus create extra litigation for all parties. The matters are sufficiently close to resolution that consideration of a short enlargement of time for plaintiffs filing of dispositive motions is warranted to avoid additional litigation.

Plaintiff respectfully requests that an enlargement of time from April 15, 2007 to May 15, 2007, or alternatively an enlargement of time this Court deems appropriate, be Granted for the purpose of allowing the Court sufficient time to resolve all matters as are entered herein.

Dated: April 16, 2007

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 16th day of April, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933