**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**PLAINTIFFS MOTION REQUESTING RECONSIDERATION OF DENIAL OF ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for reconsideration of denial of plaintiffs motion for enlargement of time entered on April 6, 2007 by District Judge Mary Lisi in Document 45. Plaintiff makes this request based on new facts being plaintiffs filing of Appeal to Magistrate Judge Lincoln Almonds Text Order of April 3, 2007 in the instant case, denying reconsideration of Document 41. Plaintiff also requests the Court consider facts pertaining to Magistrate Almonds pending Report and Recommendation from Femino v. NFA Corp., CA 06-513ML. An attached Memorandum of Law explains the matters of law which support this request for reconsideration of the April 6, 2007 denial of enlargement of time.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 4/17/07