UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| VS. | : | C.A. 06-0143ML |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**PLAINTIFFS APPEAL TO THE DISTRICT COURT FOR REVERSAL OF MAGISTRATE JUDGE ALMONDS ORDER DENYING PLAINTIFFS MOTION TO COMPEL REQUEST FOR ADMISSION**

Pursuant to Fed. R. of Civ. P. 72(a), plaintiff hereby objects to and appeal from Magistrate Judge Almonds Text Order denying 41, Plaintiff's Motion for Reconsideration of Denial of Motion to Compel Request for Admission. On April 3, 2007 Magistrate Almonds Order denying plaintiffs Motion for Reconsideration of Denial of Motion to Compel Request for Admission was entered and served upon plaintiff. Plaintiff now appeals to the District Court for reversal of that Text Order. An attached Memorandum of Law explains the matters of law the Appeal is based on.

DENIED
Mary M. Lisi
Mary M. Lisi
U.S.D.J. 4/17/07

Respectfully submitted

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933