UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**PLAINTIFFS MOTION REQUESTING CONSIDERATION FOR LATE FILING OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Lorraine Femino respectfully requests the Court approve plaintiffs late filing of motion for summary judgment. In support of this request, plaintiff respectfully asks that the Court consider plaintiffs illness and lack of resources combined with the denial of request for an enlargement of time, document 48 which plaintiff received two days ago on April 18, 2007. Plaintiff did make every attempt to assemble resources following denial of enlargement of time, and plaintiffs late filing was not as a result of bad faith on the responsibilities to meet Court required deadlines.

Date: April 20, 2007

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 20th day of April, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933