**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 06-143ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

# Sworn Affidavit of Lorraine Femino

I, Lorraine Femino, being duly sworn according to law, do hereby depose and say:

1. I am Plaintiff in this case residing at 4 Bayou Drive, Greenville, Rhode Island, and I am presently pro se in the matter now before this Court.

2. At a time on or about April 15, 2003, I received from Prudential Insurance Company of America, the Plan Provider for the "NFA Corporation Employee Long Term Disability Coverage for all Employees" plan a notice dated April 15, 2003 informing of approval of disability benefits. A true and correct copy of the first and second pages of the April 15, 2003 notice are attached and marked as Exhibit A.

3. At a time on or about November 24, 2003, I received from Prudential Insurance Company of America a notice dated November 24, 2003 informing of denial of disability benefits for the "NFA Corporation Employee Long Term Disability Coverage for all Employees". A true and correct copy of the entire November 24, 2003 notice is attached and marked as Exhibit B.

4. At a time on or about March 1, 2004, I received from Prudential Insurance Company of America a notice dated March 1, 2004 informing of denial of appeal to restoration of disability benefits for the "NFA Corporation Employee Long Term Disability Coverage for all Employees". A true and correct copy of the March 1 2004 notice is attached and marked as Exhibit C.

5. Plaintiff submits a true and correct excerpt from NFA Corp's deposition of plaintiff dated January 7, 2007 and marked as Exhibit D.

6. In the period between April, 2004 and September, 2004, I received verbal information from Prudential Insurance Company of America claims representatives which I believed was reliable and made me believe that the Plan had contractual policies which arbitrarily excluded my doctors medical evidence pertaining to fibromyalgia and believed these policies were in violation of the Americans with Disabilities Act of 1990 ("ADA").

7. I did send to NFA Corporation via first class mail on or about November 22, 2004 a letter requesting assistance from NFA Corporation on the specific matter of alleged discriminatory Plan policies I believed Prudential was enforcing to exclude my doctors medical evidence pertaining to fibromyalgia from all disability reviews. A true and correct copy of the November 22, 2004 letter is attached and marked as Exhibit E.

8. I did not receive any response from NFA to the letter dated November 22, 2003 and marked herein as Exhibit D that helped me to understand what Plan policies were being used by Prudential to exclude from all disability reviews my doctors medical evidence pertaining to fibromyalgia.

9. Plaintiff did receive a notice of right to sue from the EEOC dated December 30, 2005. A true and correct copy of the Notice of Right to Sue is attached and marked as Exhibit F

10. I remain disabled in accordance with 42 U.S.C. § 12102(2) where; 1) I am diagnosed with a physical impairment that substantially limits my major life activities; 2) I have a regular record of care for such disability from my doctor for my diagnosed impairment; and 3) I am regarded by the Social Security Administration as being totally disabled and receiving regular monthly benefits for such disability from the Social Security Disability Administration based on a determination of my being totally disabled.

11. Based on the combined symptoms of Carpal Tunnel Syndrome and Fibromyalgia, I did submit an appeal to Prudential stating that the condition that I suffer from is throughout my entire body and is "weakening" the regular use of my hands. A true and correct copy of the appeal letter is attached and marked as Exhibit G.

12. At a time in 2002, I received the only plan document provided to me by NFA Corporation and represented by NFA Corporation as being the true and correct Summary Plan Description and Plan document for the "NFA Corporation Employee Long Term Disability Coverage for all Employees" plan. A true and correct copy of the document is attached and marked as Exhibit H.

The information in this affidavit is truthful and correct and is provided voluntarily under the penalties of perjury.

Lorraine Femino
4 Bayou Drive
Greenville, Rhode Island, 02828
401-247-1828

Subscribed and sworn to before me this 20th day of April, 2007

Notary Public

Jean-Marie Daniels
Notary Public, Rhode Island
My Commission Expires 4/3/2010

My Commission Expires________

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 20th day of April, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933