Prudential Financial

**Christina Mooney**
Team Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5799
Fax: (877) 889-4885
Hours: 08:00 AM 04:00 PM

April 15, 2003

Lorraine A Femino
4 Bayou Drive
Greenville, RI 02828

Claimant: Lorraine A Femino
Control #/Br: 67020 / 00002
Claim #: 10434340
Date of Birth: 01/10/1950

Dear Ms. Femino:

This letter shall serve to confirm receipt of the April 1, 2003 correspondence received from Mr. Gary Morse to the attention of Jodi Prosperi.

In order to receive benefits under Group Policy #67020, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

- you are unable to perform the material and substantial duties of your regular occupation due to your sickness or injury; and
- you have a 20% or more loss in your indexed monthly earnings due to that sickness or injury.

After 60 months of payments, you are disabled when Prudential determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by doctors, other medical practitioners or vocational experts of our choice. Prudential will pay for these examinations. We can require examinations as often at it is reasonable to do so. We may also require you to be interviewed by an authorized Prudential Representative. Refusal to be examined or interviewed may result in denial or termination of your claim."

In addition, the following benefit limitation applies:

"Disabilities due to a sickness or injury which, as determined by Prudential, are primarily based on self-reported symptoms have a limited pay period during your lifetime.

Disabilities which, as determined by Prudential, are due in whole or part to mental illness also have a limited pay period during your lifetime.

EXHIBIT
A

The limited pay period for self reported symptoms and mental illness combined is 24 months during your lifetime.

Prudential will continue to send you payments for disabilities due in whole or part to mental illness beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a hospital or institution at the end of the 24 month period, Prudential will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Prudential will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Prudential will send payments during that additional confinement period and for one additional recovery period up to 90 more days.

2. In addition to item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Prudential will send payments during the length of the confinement.

Prudential will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Prudential will not apply the mental illness limitation to dementia if it is a result of stroke, trauma, viral infection, Alzheimer's disease or other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment as standardly accepted in the practice of medicine."

**Information regarding your claim:**

By correspondence of April 1, 2003, Mr. Morse has requested a complete explanation as to the diagnosis and impairment that currently support your claim for total disability, thus qualifying you for Long Term Disability benefits. We have determined that your condition of Fibromyalgia and related impairment currently support Total Disability and, at the same time, have determined that your diagnosis' of Carpal Tunnel Syndrome and Sleep Apnea do not support Total Disability. Therefore, benefits are being paid solely on your impairment and diagnosis of Fibromyalgia.

**Information regarding this decision:**

You initially filed a claim with us in November, 2001 claiming that you were disabled from Fibromyalgia, Sleep Apnea and Carpal Tunnel Syndrome. In December, 2001, your claim was disallowed as the medical evidence did not support Total Disability with regard to any one of these diagnosis. Please see our correspondence dated December 26, 2001 for a complete explanation of that decision.

In March, 2002, you appealed this decision. In May, 2002, benefits were approved based solely on your diagnosis of Carpal Tunnel Syndrome. Please see our letter dated May 23, 2002 for a complete explanation of this decision.

On September 3, 2002, you advised our office that you were no longer treating for Carpal Tunnel Syndrome and, as such, your claim was terminated. Please see our letter dated September 13, 2002 for a complete explanation of that decision.