Prudential Financial

**Christopher Cawley**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

March 01, 2004

Lorraine A Femino
4 Bayou Drive
Greenville, RI 02828

Claimant: Lorraine A Femino
Control #/Br: 67020 / 00002
Claim #: 10434340
Date of Birth: 01/10/1950

Dear Ms. Femino:

We have completed our review of your first request for reconsideration of our decision to terminate your claim for Long Term Disability (LTD) benefits under the Group Policy #67020 issued to NFA Corporation. We have determined that our decision was appropriate and have upheld our decision to terminate your claim for LTD benefits. This letter explains the basis of our determination.

**Group Policy Requirements**
In order to receive benefits under Group Policy #67020, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

- you are unable to perform the material and substantial duties of your regular occupation due to your sickness or injury; and
- you have a 20% or more loss in your indexed monthly earnings due to that sickness or injury.

After 60 months of payments, you are disabled when Prudential determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by doctors, other medical practitioners or vocational experts of our choice. Prudential will pay for these examinations. We can require examinations as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Prudential Representative. Refusal to be examined or interviewed may result in denial or termination of your claim."

**Self Reported Symptoms Benefit Limitation**
In addition, the following benefit limitation applies:

"Disabilities due to a sickness or injury which, as determined by Prudential, are primarily based on self-reported symptoms have a limited pay period during your lifetime.

EXHIBIT
C

Disabilities which, as determined by Prudential, are due in whole or part to mental illness also have a limited pay period during your lifetime.

**The limited pay period for self reported symptoms and mental illness combined is 24 months during your lifetime."**

"Self-report symptoms means the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures and clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headache, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy."

**Claim Summary**

Our records show that you stopped working as a receptionist on May 23, 2001, due to Fibromyalgia, Sleep Apnea and Chronic Fatigue Syndrome as documented on the Attending Physician Statement included with your initial claim submission.

Your claim for LTD benefits was terminated effective November 19, 2003 because we determined that documentation did not support a sickness or injury that would prevent you from performing the duties of any gainful occupation as defined above. Additionally, it was determined that Fibromyalgia was subject to the Self Reported Symptom Limitation with the benefit period ending on November 18, 2003. A complete explanation of our decision can be found in our letter dated November 24, 2003.

We have since received your request to appeal our decision to terminate your claim for LTD benefits. In your letter, you indicate that you are unable to work because of Fibromyalgia and Carpal Tunnel Syndrome (CTS). You reported you have symptoms of diffuse body pain and state that your medications, Tizanidine and Tranadol, have been increased over the past two years. You also indicate that the recent tests performed by Dr. McGuinigal show your CTS has worsened over the last three years. You request in your February 04, 2004 letter that we consider the combined symptoms of Fibromyalgia and CTS in our review of your appeal for LTD benefits.

In addition to all of the medical information currently in file, your records from Dr. Rafal's office were requested from November 2003 through the present, and were included in our review by a Board Certified physician.

The documentation obtained on appeal includes an office visit note from Dr. Rafal dated January 20, 2004. This note shows your upper body strength was good although range of motion was limited due to pain. Also it is noted that your cervical range of motion was restricted due to reports of pain. There was no evidence of any cervical radicular signs on the physical exam, with the exception of reports of pain on trigger points and range of motion. As we have issued 24 months of benefits, we are unable to issue additional benefits for a Disability primarily based on self-reported symptoms of pain, pursuant to the terms of the Policy.

The results of your recent EMG/NCV testing were also obtained and reviewed. Based on the objective documentation in regards to your CTS, the records reflect that this condition has been chronic and longstanding, and reasonable accommodations would consist of limiting typing activities to four hours per day. Your Recent EMG of December 02, 2003 showed some worsening of CTS, when compared to your January 2002 EMG, however this would not preclude you from working within the restrictions outlined above. Your treatment as of the January 20, 2004 office visit with Dr. Rafal included compliance with splinting and occupational therapy.

Your employability was reviewed based on your prior work experience, and restrictions and limitations based on the objective findings of your EMG/NCV in December 2003. This review by

a vocational rehabilitation specialist identified sedentary occupations with the following restrictions: no keyboarding or typing greater than 4 hrs in a workday. Some of these identified occupations include a receptionist at $11.09 per hour, a Dispatcher, Maintenance Service $9.91 per hour and an Appointment Clerk at $8.51 an hour. Based on your high school education and prior work experience, you would have the skills transferable to these positions.

We recognize that you may be experiencing continued pain related to Fibromyalgia and this may be complicating the pain experience from your Carpal Tunnel Syndrome, however as you have reached the benefit limitation for Self Reported Symptoms effective November 18, 2003, a decision beyond that date must be made on the objective evidence in file. Therefore, as the medical evidence indicates you are capable of performing a sedentary occupation with the restrictions identified above, and a vocational review has identified transferable skills and gainful occupations in your labor market, we maintain that benefits are not supported beyond November 18, 2003.

**Right to Appeal**
You may again appeal this decision. If you elect to do so, the appeal must be made in writing by you or your authorized representative. The appeal may identify the issues and provide other comments or additional evidence you wish considered, as well as any pertinent documents you may wish to examine. The written appeal should be submitted to:

Manager, Appeals Review Unit
The Prudential Insurance Company
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

If you have any questions, please contact our office at (800) 842-1718, or Heather Vezzosi at extension 5794.

Sincerely,

Christopher Cawley
Disability Consultant