November 22, 2004

Dorothy Mattiello
Human Resources
Hope Global
50 Martin Street
Cumberland, RI 02864 U.S.A.

Re: Lorraine Femino Disability case

Dear Dorothy,

I am requesting that Hope Global provide to me a copy of the Summary Plan Description of the disability plan that was an employee benefit at the time of my employment in 1995. If this information no longer exists in Hope Global or NFA records, I request plan details that would allow me to obtain a copy from the original plan provider. This information is relevant to my continuing appeal for disability benefits based on the reasons stated in this letter.

Prudential Insurance Co. has refused to credit medical evidence in my file pertaining to my diagnosis of Fibromyalgia in the continuing review of the combined Fibromyalgia/Carpal Tunnel Syndrome medical impairment I suffer from. My doctors have confirmed a correlation between the degree of medical impairment and the concurrency of these two musculo skeletal impairments. Prudential claims that although they recognize an elevated impairment can exist due to the compound symptoms, they are precluded by contract from crediting medical evidence pertaining to the Fibromyalgia in reviews beyond 2 years. In my discrimination complaint filed with the RI Commission for Human Rights, I claim that benefit limitations resulting from policies against certain disabilities not clearly qualified in the contract is a violation of Title 1 of the Americans with Disabilities Act.

As a related and relevant matter, in a previous conversation with a Hope Global Human Resources representative, I was told that the original disability benefit provided by Hope Global at the time of my employee interview in 1995 was different than the current benefit (i.e. as the benefit existed 1995 as explained to me by then Personnel Director Roger Morris during my employee interview). I did not have any understanding that there existed a time limitation of medical evidence in the plan of 1995.

What is at issue is that such a change in how medical evidence has become time limited in the current plan represents a clear benefit reduction from the old plan which had no similar limitations. Under ERISA law, Plan Administrators have a fiduciary responsibility to provide plan participants with clear and understandable documentation that describes benefit reductions in plan changes. No such clear and understandable description of a benefit reduction in the time value of medical evidence was ever provided by Hope Global as a part of the change to the current plan I am seeking benefits from.

EXHIBIT
E

For my records, I am requesting a copy of the Disability Benefit Plan provided by Hope Global at the time of my employee interview in 1995. If such a copy does not exist in your records, I request that the details of this previous plan be provided that would allow me to obtain a copy from the original plan provider. I have been told by the US Department of Labor that if this information is important to my current case, the previous Summary Plan Description must be made available to me upon my request.

Thank you for your time and attention to this matter.

Sincerely

Lorraine Femino

Lorraine Femino
4 Bayou Drive
Greenville, RI. 02828

cc. Emil Bernstein, NFA Corporation