December 31, 2003

Appeals Review Unit
The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, Pa. 19101

Appeal for disability claim 10434340 for Lorraine Femino

The medical conditions for which benefits have been paid to me by Prudential during the past 2 years are Carpal Tunnel Syndrome and Fibromyalgia. The most recent medical diagnosis by my doctors confirms that I continue to suffer from both conditions. Primarily due to the symptoms of the Fibromyalgia, I regularly suffer flare-ups of extreme disabling pain throughout my body. Even when I am at full medication levels, the pain from these flare-ups is severe enough to keep me bedridden for days at a time. During the past year, the average length of time I have remained disabled during these flare-ups has been 4 consecutive days. I have been bedridden by flare-up conditions at this extreme level on 16 different occasions during 2003. At these times, I require assistance from a close group of dedicated friends and family members who do driving and household chores for me. Names and telephone numbers of this support group can be made available to Prudential if their testimony will assist in my claim.

During times when I am not in an extreme flare-up condition, I still remain with chronic pain throughout my entire body. This lesser condition still forces me to be at my full medication levels for all of my prescribed pain and muscle relaxation medications each and every day. During the past year, I have not known a single day where I can escape from having to be at full dosage levels of my medications. The pain in these periods is still significant and raises and falls in severity regularly throughout each day. I must confine myself to regular rest periods of up to 2 hours during each day.

A journal of my weekly condition is also kept by me and can be made available to Prudential.

Prudential is aware through Dr Rafal's November 2003 report that there is an apparent weakening in my hands which Dr Rafal contributes to the impact of the ongoing Carpal Tunnel Syndrome. Both Dr Rafal and Dr McGunigal have stated that the combined symptoms of Fibromyalgia and Carpal Tunnel Syndrome will amplify the symptoms from the continuing Carpal Tunnel Syndrome condition. I continue to do all required therapy for the Carpal Tunnel Syndrome, but have had little success in correcting this problem. The most recent tests by Dr McGunigal show that the Carpal Tunnel Syndrome I suffer with has grown worse over the past 3 years.

EXHIBIT
G

I continue to take Tizanidine for the chronic pain and Tramadol as a muscle relaxer. During the past 2 years, the dosage levels of both medications were increased to help relieve the increasing pain I was suffering from. The history over the past 3 years of my prescriptions is held at Brooks Drugs in Greenville RI and are listed under 598911 for Tizanidine and 607240 for Tramadol. If these records will be of importance in this review, the full report can be made available to Prudential.

As Prudential is aware, my case was reviewed for full Social Security disability benefits and approved for full SSDI coverage in 2003. The primary medical basis for the approval was due to the disabling symptoms of the Fibromyalgia.

In summary, I submit this appeal on the medical basis that the debilitating symptoms I suffer from as a result of the Fibromyalgia and Carpal Tunnel Syndrome continue to prevent me from doing any activity suitable for a normal work schedule in the occupation I was previously employed in. Of significance is the fact that both symptoms of the Fibromyalgia and the Carpal Tunnel Syndrome have grown worse since my original diagnosis for both conditions 3 years ago. Based on this appeal, I am requesting restoration of my disability benefits.

If Prudential finds that their files are incomplete or inconsistent in any way to the information I have provided, please feel free to contact me so that any matters can be rectified. I certify that the information I have provided in this appeal is complete and accurate to the best of my ability.

I look forward to your reply.

Thank you

Lorraine Femino

Lorraine Femino
4 Bayou Dr.
Greenville, RI 02828
401-949-4933