UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 06-143ML |
| | : | |
| NFA CORPORATION d/b/a | : | |
| HOPE GLOBAL, et al. | : | |

DEFENDANT'S OBJECTION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

Defendant NFA Corporation hereby objects to Plaintiff's Motion for Summary Judgment. In support of its objection, Defendant relies upon the arguments and legal authorities set forth in the accompanying Memorandum in Opposition to Plaintiff's Motion for Summary Judgment.

NFA Corporation,

By their Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esq. (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed via ECF and mailed by first class mail, postage prepaid on this 27th day of April, 2007 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

/s/ William E. O'Gara

Doc #5213

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 06-143ML |
| | : | |
| NFA CORPORATION d/b/a | : | |
| HOPE GLOBAL, et al. | : | |

DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant NFA Corporation submitted a Memorandum in Support of Motion for Summary Judgment on February 8, 2007. Defendant NFA Corporation relies on the arguments set forth in that memorandum as its arguments in objection to the plaintiff's motion for summary judgment. For the reasons discussed therein, defendant's motion should be granted and plaintiff's motion for summary judgment should be denied in its entirety.

NFA Corporation,

By their Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed via ECF and mailed by first class mail, postage prepaid on this 27th day of April, 2007 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

/s/ William E. O'Gara