UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LORRAINE FEMINO,**
**Plaintiff,**

**v.** **C.A. N0. 06-143ML**

**NFA CORPORATION,**
**Defendant.**

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, NFA CORPORATION, against the plaintiff, LORRAINE FEMINO, pursuant to this Court's Order dated June 29, 2007, adopting the Magistrate Judge's Report and Recommendation, GRANTING the Defendant's Motion for Summary Judgment and DENYING the Plaintiff's Motion for Summary Judgment.**

Enter:

Deputy Clerk

DATED: **July 2, 2007**