**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **C.A. 06-143-ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |
| | : | |

**MOTION REQUESTING APPROVAL TO PROCEED IN FORMA PAUPERIS IN APPEAL**

In accordance with Local Rules for the U.S. Court of Appeals for the First Circuit 24(a)(3), plaintiff hereby requests that based on Order entered by Magistrate Judge Lincoln D. Almond in this action on the 30th day of March, 2006 granting plaintiff leave to proceed in Forma Pauperis, plaintiff respectfully requests the District Court of Rhode Island approve plaintiffs right to appeal in Forma Pauperis pertaining to the above case. Plaintiff attaches a sworn affidavit in support of plaintiffs ongoing financial hardship.

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 27th day of July 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933