UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

July 30, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: **CA 06-143ML** CCA# ____________
Lorraine Femino v. NFA Corporation

RE: **CA 06-513ML** CCA# ____________
Lorraine Femino v. NFA Corporation

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL relative to the above-referenced appeals.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ____________
John Duhamel
DEPUTY CLERK

encl: Certified docket
**TEXT ORDERS dated 7/30/2007, granting Appellant's motions to proceed in forma pauperis as to USDC-RI cases CA 06-143ML and CA 06-513ML.**