UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff<br><br>vs.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL;<br>NFA CORPORATION<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-0143ML |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
DEFENDANTS

/s/ William E. O'Gara

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

I hereby certify that on _____ day of August, 2007, I mailed a true copy of the within via first class prepaid postage to Lorraine Femino, 4 Bayou Drive, Greenville, RI, 02828.

/s/ William E. O'Gara

Doc #6296